```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LORAINE BARLOW-ALBALODEJO    :    CIVIL ACTION
                             :
        v.                   :    NO. 2:02-cv-04815-BMS
                             :
TOWN MOTORS OF EXTON, INC.   :
```

## ENTRY OF APPEARANCE

TO THE CLERK:

      Kindly enter our appearance on behalf of defendant, Town Motors of Exton, Inc. in the referenced matter.

                              CONNOR WEBER & OBERLIES

                              _____
                              Joseph M. Oberlies, Esquire
                              Suite 1C47, The Philadelphian
                              2401 Pennsylvania Avenue
                              Philadelphia, PA   19130
                              (215) 978-2900
                              Attorneys for Defendant,
                              Town Motors of Exton, Inc.

## JURY DEMAND

    A trial by twelve (12) jurors is hereby demanded.

                              CONNOR WEBER & OBERLIES

                              _____
                              Joseph M. Oberlies, Esquire
                              Attorneys for Defendant,
                              Town Motors of Exton, Inc.

## **CERTIFICATE OF SERVICE**

JOSEPH M. OBERLIES, ESQUIRE certifies that on November 12, 2002 he served a true and correct copy of the foregoing Entry of Appearance and Demand for Jury Trial on counsel for plaintiff by mailing same to him via U.S. first class mail, postage prepaid, at the following address:

>J. Michael Considine, Jr., Esquire
>22 North Walnut Street
>Suite 202
>West Chester, PA   19380


_____
JOSEPH M. OBERLIES, ESQUIRE