IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORAINE BARLOW-ALBALODEJO | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 2:02-cv-04815-BMS |
| | : | |
| TOWN MOTORS OF EXTON, INC. | : | |

**STIPULATION**

AND NOW this _____7th_____ day of November, 2002 it is stipulated between J. Michael Considine, Jr., Esquire, counsel for plaintiff, Loraine Barlow-Albalodejo, and Joseph M. Oberlies, Esquire, counsel for defendant, Town Motors of Exton, Inc., that defendant is granted a thirty (30) day extension from the date the court approves this Stipulation, in which to answer the Complaint filed by plaintiff.

There have been no prior extensions requested and/or granted by any party herein.

Defense counsel has a copy of, and has agreed to accept service of, the complaint, as of 11/5/02.

_____    _____
J. Michael Considine, Jr., Esquire    Joseph M. Oberlies, Esquire
Attorney for Plaintiff,    Attorney for Defendant,
Loraine Barlow-Albalodejo    Town Motors of Exton, Inc.

BY THE COURT:

_____
J.