UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Berle M. Schiller**  
JUDGE

5614 United States Courthouse  
Independence Mall West  
Philadelphia, Pennsylvania 19106

267-299-7620

November 26, 2002

Re: *Lorraine Barlow-Albalodejo v. Town Motors of Exton, Inc.*  
**Docket No. 02-cv-4815**

Dear Counsel:

Judge Schiller has scheduled the above-referenced case for a **Rule 16 conference** for **Friday, December 20, 2002 at 2:15 P.M.** in his chambers, **Room 5614**.

Counsel are directed to obtain copies of Judge Schiller's "Scheduling Policy Statement" and "Conference Information Report" from the Court's website at http:www.paed.uscourts.gov. You should review the Scheduling Policy Statement before completing the Conference Information Report. Please bring the completed Conference Information Report with you to the Rule 16 Conference.

At the close of the conference, you will receive an Order from Judge Schiller that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference

Very truly yours,

Patricia A. Callahan  
Deputy Clerk to  
Hon. Berle M. Schiller  
(267)299-7621