IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LORRAINE BARLOW-ALBALODEJO, :
      Plaintiff,                     :       CIVIL ACTION
                                        :
v.                                       :
                                        :
TOWN MOTORS OF EXTON, INC,     :       No. 02-4815
      Defendant.                   :

**ORDER**

    **AND NOW**, this    day of **January, 2003**, it is hereby **ORDERED** that:

    1.    Paragraph 11 of this Court's Scheduling Order of December 31, 2002, shall be modified to read: "A jury trial in the above captioned case is set for **September 22, 2003** at **10:00 a.m.** in Courtroom 5C."

    2.    In all other respects, the Scheduling Order shall remain in effect.

                                **BY THE COURT:**

                                _____
                                **Berle M. Schiller, J.**