IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORRAINE BARLOW-ALBALODEJO,** : | | |
| Plaintiff, : | | **CIVIL ACTION** |
| : | | |
| v. : | | |
| : | | |
| **TOWN MOTORS OF EXTON, INC,** : | | No. 02-4815 |
| **Defendant.** : | | |

### ORDER

**AND NOW**, this     day of **May, 2003**, upon consideration of the request of counsel for Plaintiff for additional time to identify expert witnesses, and of the failure of counsel for Defendant to disclose expert reports by the deadline set by the Court, and following a phone conference with counsel for the parties on May 12, 2003, it is hereby **ORDERED** that:

1. Paragraph 4 of this Court's Scheduling Order of December 31, 2002, shall be amended to read: "Pursuant to Federal Rule of Civil Procedure 26(a)(2), plaintiff's experts' identities and their reports (including any curricula vitae) shall be disclosed by **June 16, 2003**; defendant's experts' identities and their reports (including any curricula vitae) shall be disclosed by **June 30, 2003.**"

2. In all other respects, the Scheduling Order shall remain in effect.

3. Notwithstanding Paragraph 1 of this Order, Defendant shall disclose the interim report of its vocational expert immediately, and the complete report of its vocational expert by **June 16, 2003**.

BY THE COURT:

_____
**Berle M. Schiller, J.**