IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORRAINE BARLOW-ALBALODEJO,** : | | |
| Plaintiff, : | | **CIVIL ACTION** |
| : | | |
| **v.** : | | |
| : | | |
| **TOWN MOTORS OF EXTON, INC,** : | | **No. 02-4815** |
| Defendant. : | | |

## ORDER

**AND NOW**, this      day of **May, 2003**, following the issuance on May 14, 2003 of this Court's Order amending the Scheduling Order (Document No. 15), it is hereby **ORDERED** that:

Plaintiff's Motion to Extend Deadline to Disclose Expert Identities and Reports (Document No. 10) is DENIED AS MOOT.

BY THE COURT:

_____
**Berle M. Schiller, J.**