IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORRAINE BARLOW-ALBALODEJO,** : | | |
| Plaintiff, : | | **CIVIL ACTION** |
| : | | |
| v. : | | |
| : | | |
| **TOWN MOTORS OF EXTON, INC,** : | | **No. 02-4815** |
| **Defendant.** : | | |

**ORDER**

**AND NOW**, this       day of **May, 2003**, upon consideration of Plaintiff's Motion for Reconsideration of the Court's oral ruling regarding discovery, and the response thereto, it is hereby **ORDERED** that:

Plaintiff's Motion (Document No. 16) is **GRANTED IN PART** and **DENIED IN PART** as follows:

a) In response to Plaintiff's Second Set of Interrogatories, #1, Defendant shall respond by providing Plaintiff with the name, address and phone number of the hospital or health care provider where Jeffrey Manning received medical treatment as a direct result of the automobile accident in which he was involved on June 26, 2000.

b) In response to Plaintiff's Second Set of Requests for Production of Documents, Defendant shall produce all medical records relating to

treatment received by Jeffrey Manning as a direct result of the automobile accident in which he was involved on June 26, 2000.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**