IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORRAINE BARLOW-ALBALODEJO,** : | | |
| Plaintiff, : | **CIVIL ACTION** | |
| : | | |
| v. : | | |
| : | | |
| **TOWN MOTORS OF EXTON, INC,** : | **No. 02-4815** | |
| Defendant. : | | |

## ORDER

**AND NOW**, this **30th** day of **June, 2003**, following a telephone conference with counsel for the parties, it is hereby **ORDERED** that:

1. Plaintiff Lorraine Barlow-Albalodejo shall appear for examination by Defendant's neuropsychological expert on July 24, 2003 in Philadelphia, Pennsylvania.

2. Defendant shall provide all transportation, lodging and meals associated with Plaintiff's July 24, 2003 visit to Philadelphia.

3. Paragraph 5 of this Court's Scheduling Order of December 31, 2002, shall be modified to read: "Any motions for summary judgment shall be filed by **August 11, 2003**." In all other respects, the Scheduling Order shall remain in effect as modified by prior Orders of this Court.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**