IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORRAINE BARLOW-ALBALODEJO,** : | | |
| Plaintiff, : | CIVIL ACTION | |
| : | | |
| v. : | | |
| : | | |
| **TOWN MOTORS OF EXTON, INC,** : | No. 02-4815 | |
| **Defendant.** : | | |

## ORDER

**AND NOW**, this **9th** day of **July, 2003**, following a telephone conference with counsel for the parties, it is hereby **ORDERED** that:

1. Defendant shall respond to Plaintiff's third set of requests for production of documents by July 11, 2003.

2. Defendant shall submit the report of its neuropsychological expert by August 4, 2003.

BY THE COURT:

_____
**Berle M. Schiller, J.**