IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORRAINE BARLOW-ALBALODEJO,** : | | |
| Plaintiff, : | | CIVIL ACTION |
| : | | |
| v. : | | |
| : | | |
| **TOWN MOTORS OF EXTON, INC,** : | | No. 02-4815 |
| Defendant. : | | |

## ORDER

**AND NOW**, this **30th** day of **July, 2003**, following a telephone conference with counsel for the parties on July 30, 2003, it is hereby **ORDERED** that:

Defendant shall produce to the Court a copy of Jeffrey Manning's employment file for *in camera* review. The Court shall review the file and issue a ruling as to which contents thereof are discoverable.

BY THE COURT:

_____
**Berle M. Schiller, J.**