IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORRAINE BARLOW-ALBALODEJO,** : | | |
| Plaintiff, : | | **CIVIL ACTION** |
| : | | |
| v. : | | |
| : | | |
| **TOWN MOTORS OF EXTON, INC,** : | | **No. 02-4815** |
| Defendant. : | | |

## ORDER

**AND NOW**, this **11th** day of **August, 2003**, following a telephone conference with counsel for the parties on July 30, 2003, and *in camera* review of Jeffrey Manning's employment file, it is hereby **ORDERED** that:

Jeffrey Manning's employment file contains no information relevant to this case.

Accordingly, Plaintiff may not seek discovery of its contents.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**