```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

LORAINE BARLOW-ALBALODEJO    :   CIVIL ACTION
                                       :
      v.                            :   NO. 2:02-cv-04815-BMS
                                       :
TOWN MOTORS OF EXTON, INC.      :

**DEFENDANT, TOWN MOTORS OF EXTON, INC.'S
EXHIBIT PACKAGE IN SUPPORT OF ITS PENDING
OMNIBUS MOTION IN LIMINE TO PRECLUDE OR LIMIT
<u>EVIDENCE FROM OR BY PLAINTIFF'S EXPERTS</u>**

On August 22, 2003, Town Motors of Exton, Inc. filed a motion in limine to preclude or limit certain testimony from or by plaintiff's experts.

On August 26, 2003, there was discussion about the motion in limine as to plaintiff's experts.

Pursuant to Judge Schiler's request, the reports and curricula vitae of plaintiff's experts who are expected to testify at trial are appended hereto.

In consideration of the arguments advanced by Town Motors in its omnibus motion in limine, it is requested that plaintiff's experts' testimony be precluded or limited as stated in the motion in limine.

                            CONNOR WEBER & OBERLIES

                            _____
                            Joseph M. Oberlies, Esquire
                            Suite 1C47, 2401 Pennsylvania Avenue
                            Philadelphia, PA   19130
                            (2150 978-2910
                            Attorneys for Defendant,
                            Town Motors of Exton, Inc.

**CERTIFICATE OF SERVICE**

    JOSEPH M. OBERLIES, ESQUIRE certifies that on August 27, 2003, he serve a true and correct copy of Defendant, Town Motors of Exton, Inc.'s Exhibit Package in Support of its Pending Omnibus Motion in Limine to Preclude or Limit Evidence From Or By Plaintiff's Experts upon counsel for plaintiff by mailing same to him via U.S. first class mail, postage prepaid, at the following address:

        J. Michael Considine, Jr., Esquire
        12 East Barnard Street - Suite 100
        West Chester, PA   19380


                                      _____
                                      JOSEPH M. OBERLIES, ESQUIRE