IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LORAINE BARLOW-ALBALODEJO

                        :       CIVIL ACTION

vs.                       :

                        :       NO. 02-CV-4815

TOWN MOTORS OF EXTON, INC.

O R D E R

**AND NOW, TO WIT:** This 17th day of September, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                          **MICHAEL E. KUNZ**, Clerk of Court

                                          **BY:**_____

                                                Patricia A. Callahan
                                                Deputy Clerk to
                                                Hon. Berle M. Schiller