IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**LORRAINE BARLOW-ALBALODEJO,** :
        **Plaintiff,**            :      **CIVIL ACTION**
                                  :
**v.**                                :
                                 :
**TOWN MOTORS OF EXTON, INC,** :      No. 02-4815
        **Defendant.**            :

## ORDER

**AND NOW**, this **17th** day of **September, 2003**, in consideration of the settlement agreement reached by the parties, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Leave to File Amended Complaint (Document No. 41) is **DENIED as moot**.

2. Defendant's Supplemental Motion in Limine to Exclude Evidence (Document No. 39) is **DENIED as moot**.

3. Defendant's Omnibus Motion in Limine to Exclude, or, in the Alternative, Limit Plaintiff's Evidence and Testimony (Document No. 35) is **DENIED as moot**.

4. Plaintiff's request to amend the report of Dr. Pierre LeRoy (Document No. 43) is **DENIED as moot.**

5. Plaintiff's Motion for Summary Judgment (Document No. 45) is **DENIED as moot**.

6. Plaintiff's Motion in Limine (Document No. 47) is **DENIED as moot**.

7. The Clerk of Court is directed to close this case.

                                                       **BY THE COURT:**

                                              _____
                                              **Berle M. Schiller, J.**